UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | Case No. 2:20-cv-1231-RSL |
| Plaintiff, | STIPULATED MOTION |
| v. | |
| OFFICE OF MANAGEMENT AND BUDGET, | |
| Defendant. | |

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to the following:

1. This Court previously issued a Case Management Order, Dkt. # 7, in the above-captioned lawsuit under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, setting certain summary judgment deadlines, and providing that "[t]he parties may file a stipulation and proposed order to extend the motion deadline if warranted." Dkt. # 7 at 2.

2. At this time, Defendant has released documents to Plaintiff under FOIA and the parties are working in good faith to try to resolve any disputes and/or potential dispute regarding withholdings pursuant to a FOIA exemption claim. In order to allow the parties additional time to try and resolve these matters without motions practice or narrow the issues in need of Court resolution, the parties agree and stipulate that there is good cause to extend the current summary

STIPULATED MOTION
2:20-cv-1231-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

judgment deadlines set forth in the Case Management Order, Dkt. # 7.

3.      Based on the good cause identified above, and in order to try to conserve judicial resources, the parties jointly propose to strike the current summary judgment deadlines and propose to provide this Court with a status update and/or propose a stipulated briefing schedule within 60 days. Should resolution not be possible, the parties reserve their rights to bring a motion for summary judgment in advance of 60 days.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 23rd day of February, 2021.

| | |
|---|---|
| BRIAN T. MORAN<br>United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-4358<br>Fax:  206-553-4067<br>Email:  katie.fairchild@usdoj.gov | *s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)-464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

STIPULATED MOTION
2:20-cv-1231-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

Having reviewed the stipulation of the parties, the current dispositive motion deadline is hereby STRICKEN. The parties shall, within 60 days of the date of this order, file a notice of settlement, a status update, and/or a proposed stipulated briefing schedule for the Court's review.

Dated this 26th day of February, 2021.

*Robert S. Lasnik* (signature)
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION
2:20-cv-1231-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970