UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

          Plaintiff,

v.

OFFICE OF MANAGEMENT AND BUDGET,

          Defendant.

Case No. 2:20-cv-1231-RSL

STIPULATED MOTION AND ORDER

The parties, by and through their counsel of record, hereby STIPULATE AND AGREE to the following:

1. Following the parties' previous update to this Court in the above-captioned lawsuit brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, this Court directed that the parties file a notice of settlement, a status update, and/or a proposed stipulated briefing schedule for the Court's review by April 27. *See* Dkt. # 11.

2. Since that time, the parties have diligently worked to resolve disputed issues between them. The parties have resolved certain issues, but have not yet reached a final resolution for this litigation. In order to allow the parties additional time to try and resolve this litigation without motions practice or narrow the issues in need of Court resolution, the parties agree and stipulate that there is good cause to provide this Court with a status update regarding progress towards

STIPULATED MOTION AND ORDER
2:20-cv-1231-RSL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

resolution within 60 days.

3. Based on the good cause identified above, and in order to try to conserve judicial resources, the parties jointly propose to provide this Court with a status update and/or propose a stipulated briefing schedule within 60 days. Should resolution not be possible, the parties reserve their rights to file a motion in advance of 60 days.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 27th day of April, 2021.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | ROBERT W. FERGUSON<br>Attorney General |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4358<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov | *s/ Lauryn K. Fraas*<br>LAURYN K. FRAAS, WSBA #53238<br>NATHAN K. BAYS, WSBA #43025<br>Assistant Attorneys General<br>Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206)464-7744<br>Lauryn.Fraas@atg.wa.gov<br>NathanBays@atg.wa.gov |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

STIPULATED MOTION AND ORDER
2:20-cv-1231-RSL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

**IT IS SO ORDERED**.

Dated this 28th day of April, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION AND ORDER
2:20-cv-1231-RSL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970